**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Harvey Hernandez
Rebecca Joaquina Hernandez
**Debtor(s)**

Case No.: 05–20061

Chapter:   13

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Cindy Boudloche is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/4/10

RICHARD S. SCHMIDT
United States Bankruptcy Judge